# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STEPHEN GOULD CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:22-cv-00771-MTS |
| ) | |
| BUCKEYE INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Before the Court is Plaintiff's Motion for Leave to Destroy Litigated Inventory. Plaintiff provides no citation to any authority indicating that leave is required for Plaintiff to destroy the "litigated inventory." The Court will not provide an advisory opinion on the propriety of destroying it. For that reason, the Court will deny Plaintiff's Motion without prejudice. In doing so, the Court expresses no opinion on whether Plaintiff may destroy the litigated inventory.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Destroy Litigated Inventory, Doc. [59], is **DENIED** without prejudice.

Dated this 6th day of September 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE